UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIK KING,

                  Plaintiff,

    v.

JOHN BATISTE, et al.,

                  Defendants.

Case No. C22-1056-RSM

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee,

Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C.

§ 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the

undersigned recommends review by the assigned District Judge under 28 U.S.C.

§ 1915(e)(2)(B).  The Clerk is directed to send copies of this Order to the parties and to the

assigned District Judge.

      Dated this 3rd day of August, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1