UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIK KING,

    Plaintiff,

    v.

JOHN BATISTE, et al.,

    Defendants.

Case No. C22-1056 RSM

ORDER DENYING MOTION FOR RECONSIDERATION

    This matter comes before the Court on Plaintiff Erik King's Motion for Reconsideration. Dkt. #8. On September 2, 2022, the Court issued an order dismissing Plaintiff's complaint without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Dkt. #7. On September 13, 2022, Plaintiff filed this Motion seeking reconsideration of the Court's order dismissing his complaint. Dkt. #8.

    "Motions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id*. "The motion shall point out with specificity the matters which the movant believes were overlooked or misapprehended by the court, any new matters being

ORDER DENYING MOTION FOR RECONSIDERATION - 1

brought to the court's attention for the first time, and the particular modifications being sought in the court's prior ruling." LCR 7(h)(2).  No response to a motion for reconsideration shall be filed unless requested by the court.  LCR 7(h)(3).

The Court has determined that a response brief is unnecessary.

The Court relies on its prior findings from Dkt. #7, incorporated herein.  The Court finds that Mr. King has failed to demonstrate any manifest error in the prior ruling or new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.  Accordingly, this Motion will be denied.

Having considered the briefing from the parties and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Erik King's Motion for Reconsideration, Dkt. #8, is DENIED.  This case remains CLOSED.

DATED this 14th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION - 2